AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Josue Velasquez, <br><br> *Plaintiff(s)* <br> v. <br> Preferred Exterior Corp., <br><br> *Defendant(s)* | Civil Action No. 2:22-6914-LDW-JMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Preferred Exterior Corp.
　　　　　　　　　　　　　　　　　　1998 Hillside Avenue,
　　　　　　　　　　　　　　　　　　New Hyde Park, NY 11040

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　Abdul Hassan Law Group, PLLC
　　　　　　　　　　　　　　　　　　　215-28 Hillside Avenue
　　　　　　　　　　　　　　　　　　　Queens Village, NY 11427

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 11/29/2022　　　　　　　　　　　　　　　　　　　　s/ M. Layne
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT OF NEW YORK

Purchased/Filed: November 19, 2022
Index # 2:22-cv-06914-LDH-JMW

*Josue Velasquez* — Plaintiff

against

*Preferred Exterior Corp.* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY SS.:

__Scott Schuster__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __December 1, 2022__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint for Monetary Relief, Demand for Jury Trail and Notice of Electronic Filing on __Preferred Exterior Corp.__, the Defendant in this action, by delivering to and leaving with __Nancy Dougherty__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__
Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this

__1st__ day of December 2022

HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2024

Scott Schuster
Attny's File No.
Invoice•Work Order # S1885514

*SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201*