UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JOSUE VELASQUEZ,

                              Plaintiff,

        -against-

PREFERRED EXTERIOR COR.,

                             Defendant.

---------------------------------------------------------------X

Case No.: 22-cv-06914 (LDH(JMW)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

        Please enter my appearance as attorney of record in this case for Defendant, PREFERRED EXTERIOR CORP. I certify that I am admitted to practice in this Court.

Dated: Melville, New York
          December 13, 2022

                                  Respectfully Submitted,

                                  JACKSON LEWIS P.C.

                                  *ATTORNEYS FOR DEFENDANT*
                                  58 South Service Road, Suite 250
                                  Melville, New York 11747
                                  (631) 247-0404
                                  Timothy.domanick@jacksonlewis.com

                         By:    s/ *Timothy Domanick*
                                Timothy Domanick, Esq.

4868-9118-4963, v. 1